PD-0665&0666-15

PD-0665-15 & PD-0666-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/1/2015 12:25:08 PM
Accepted 6/1/2015 3:50:59 PM
ABEL ACOSTA
CLERK

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

GREGORIO GUERRERO §

§

VS. § CASE NOS.

§

THE STATE OF TEXAS §

## MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES, the appellant, Gregorio Guerrero, by and through his attorney Jani J. Maselli Wood, and respectfully moves the Court to grant an additional thirty days to file the petitions for discretionary review and for good cause would show:

I.

Mr. Guerrero was convicted of aggravated robbery with a deadly weapon and evading arrest. In two identical unpublished opinions, his convictions were affirmed May 14, 2015 in Cause Numbers 01-13-00821-CR and 01-13-00822-CR.

II.

The petitions are due on June 13, 2015. Mr. Guerrero is requesting an additional thirty days to prepare the petition until July 13, 2013.

III.

Undersigned counsel has numerous deadlines in the next thirty days and has been working diligently to handle all her cases:

FILED IN
COURT OF CRIMINAL APPEALS

June 1, 2015

ABEL ACOSTA, CLERK

**Filed Cases**

Brief for *Joe Bowden v. State*, 14-14-00955-CR filed on May 28, 2015;

PDR in *Joshua London v. State*, PD 0480-15 filed on May 1, 2015;

**Oral Argument**

Oral argument at the CCA in *Osmin Peraza v. State* on May 20, 2015

**Briefs due**:

*Mary Kuol v. State*, 14-14-01008-CR - due June 8, 2015

*Lawrence Glover v. State*, 14-15-00082-CR - due June 11, 2015

*Shaun Briggs v. State*, 01-15-00269-CR - due June 15, 2015

*Carl Lovings v. State*, 14-15-00167-CR - due on June 19, 2015

*Mario Dunn v. State*, 14-15-00340-CR - due on June 26, 2015

**CLE**

Counsel will be attending Public Defender Training and the TCDLA Rusty Duncan Seminar from June 17-20, 2015

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that this Court grant an additional 30 days to file the petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas
*/s/ Jani J. Maselli Wood*

_____
JANI J. MASELLI WOOD
State Bar No. 00791195
1201 Franklin Street, 13th Floor
Houston, TX 77002
(713) 274-6721
Attorney for Appellant,
**Gregorio Guerrero**

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to Tex. R. App. Proc. 9.5, this certifies that on June 1, 2015, a copy of

the foregoing was emailed to Lisa McMinn, State Prosecuting Attorney, and the Harris

County District Attorney's Office through texfile.com at the following address:

Carly Dessauer
Assistant District Attorney
1201 Franklin Street, 6th Floor
Houston, TX 77002
Dessauer_carly@dao.hctx.net

Lisa McMinn
Lisa.McMinn@SPA.texas.gov

*/s/ Jani J. Maselli Wood*

_____
**JANI J. MASELLI WOOD**

-3-